JS-6

# IN THE UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON PAGANO, | Case No.: **SACV-09-00216** |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| ALLIED INTERSTATE, INC., | |
| Defendant, | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 9, 2010

_____
The Honorable Judge
United States District Judge